

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-13-00754-CR

Jose Angel **FLORES JR.,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-10-0869
Honorable Frank Follis, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due June 2, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court